39,768-05

want to hear where you're going.  Go ahead.

THE INTERPRETER:  The answer was "no."

BY MR. GUERRA, JR.:

Q.  Okay.  Now, you're aware, you're familiar with the facts that happened back on February 17th and approximately two weeks before the Jesse kidnapping and murder, isn't that correct, ma'am?

A.  (By the Interpreter)  Yes.

Q.  And you were also aware on the day that some individuals arrived at your home?

A.  (By the Interpreter)  Yes.

Q.  And I would like for you to relate to the jury, please, and for the Court, the events that you saw happen on that day, ma'am.

A.  (By the Interpreter)  It was on a Sunday.  It appears like it was on a Sunday.  It was about three o'clock in the afternoon.  We were buying some -- in other words, we're going to cook there at the home.  There was two vehicles; a red truck.  In that red truck there is a person named Juan Saenz and another person which I do not know his name, except they call him Barbon, the bearded one.  Then a gray dodge truck arrived.

MR. SILVA:  I would object to the narrative response.  That does not allow us to anticipate anything. We would ask that the witness be instructed to answer the

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

Trial; Under Fraud with his prumises of Leniency. Lets go back to Mr. Sanchez Cause No: 96-CR-142,96-CR-150,96-CR-166, Page (6) Line#(2).

THE INTERPRETER: The answer was "NO".

Mrs.Yolanda Sanchez, is now confessing under Her **Free will** the TRUTH , Her testimony against Ismael Diaz,Jr, was **involuntary** "The Due Process of the Fifth Amendment provides that 'No person shill be deprived of life, liberty, or property, without due process of law and [a] confession **must** be **free** and **voluntary**, that is, it must be extracted by any sort of threat or violence [nor abtained by any direct or implied promises, however slight, nor by the exertion of any improper Influence]. SEE (EXHIBIT **EE**-Pg-( 6 ) line (2) attached hereto and fully incorperated herein as if set out fully at length.

## III.

Applicant will reveal this Honorable 229th District Court OF Starr County, Texas, how prosecuter Heriberto Silva's, gave a **non-credible** story abut how Mrs. Sanchez,should testify before the jury to accuse Applicant. An, in this cause Applicant's counsel in trial denied Applicant's a fair trial within the meaning of the 6th Amendment Right. Prosecuter and law enforcements' such as Texas Ranger Pacheco, Investigater Flores: Whent more then once (1) to see Yolanda Mireya Sanchez, at her resident at Tierra Linda, just few blocks' from El Arroyo Ranch, where my Family reside. Mrs.Sanchez whent to my Family house more that in one occasion, informing Diaz's family that the law enforcements keep coming to her resident, with lots of duress from the prosecuter, threaten Her, if she did not testify against Ismael Diaz, He would see to it that Salome spend his rest of life in prison. Joe Jaimes Sawyer Applicant's counsel in trial, had all this information in his note bookk, and in hand at time of cross examine the witness and refuse to do so. Under the U.S.C.A. Const. Amend.6. Lets see once more time Mr.Salome Sanchez "Statemants of Facts,Page (19) starting line (21-25) and Page (20) line(1-3)

THE COURT: SUSTAINED. GO AHEAD. ALL RIGHT. I'VE SUSTAINED THE OBJECTION. I DON'T WANT HER TO ANSWER. GO AHEAD, MR.GUERRA.
BY MR. GUERRA, JR.:

Q. Now, Mrs. Sanchez, Mr. Silva USED YOU AS A WITNESS AGAINST ,

4

ISMAEL DIAZ,JR "ISN'T THAT CORRECT,MA'AM (?)

A.(By the Interpreter)   YES, THAT'S IT.

Q. And he didn't have anything against your testimony back then, did he (?)

It is then appropriate to proceed with a determination of whether Applicant's can prove by clear and convicing evidence that no reasonable jurors would have convicted Applicant's in light of the newly discovered evidence is admissible. Herein we see an confession under Her own Free Will : **THAT SHE WAS USED AS A WITNESS AGAINST ISMAEL DIAZ,JR TRIAL 96-CR-170.** A Conviction that results from a Constitutional **error-free trial is entitled to the greatest,** under Article.40.001. In the Texas Code of Criminal Procedure Claim of Innocence Based on Newly Discovered Evidence. SEE Bar of: Art.11.07. V.A.C.C.P. Sec.4.(a)(2). This proposition has an elemental appel, as would the similiar proposition that Constitution Prohibits the Imprisoment of one who is Innocent of the Crime for which He was Convicted after all, the central purpose of any system of criminal justice is to convict the **guilty** and **free** the **innocent**, under Art.40.001. THE UNITED STATES OF AMERICA CONSTITUTION RIGHT'S, WERE VIOLATED BY: Mr. Heriberto Silva.,D.A's, and or law enforcement's violating U.S.C.A. Const.Amend.5th,6th,8th,and 14th. 'When State Court admits evidence that is so unduly prejudical that is renders trial fundamentally unfair'",Due Process Clause of Fourteenth Amendment provides Machanism for **relief** U.S.C.A. Amend.14.  SEE (EXHIBIT EE-Pg(19 and 20) attached hereto and fully incorporated herein as if set out fully at length.

For each of the foregoing reasons, the Applicant herein prays that this Honorable District Court Of Starr County,Texas, grant Applicant's NEW TRIAL in this Cause under Article.40.001.

**REVERSED AND REMANDED.**

Respetfully Submitted

ISMAEL DIAZ,JR.,
TDCJ#773609
JIM FERGUSON UNIT
12120 SAVAGE DRIVE
MIDWAY,TEXAS 75852
APPLICANT PRO SE

5.

Q. And did you hear the conversation?

A. (By the Interpreter) Yes.

Q. And what was it that Mr. Juan Saenz said in your presence to your husband?

A. (By the Interpreter) The people from Michuacan that they were mad and that they wanted to pick us, me and my family, if Salome didn't fix something up by eight o'clock the next morning.

Q. How long did these threats continue, Mrs. Sanchez?

THE INTERPRETER: I didn't hear you.

BY MR. GUERRA, JR.:

Q. How long did these threats continue?

A. (By the Interpreter) Just about every day.

Q. And were you ever approached by Mrs. Juan Saenz?

THE COURT: Mrs. Juan Saenz?

THE INTERPRETER: I heard —

THE COURT: Hold on up.

MR. SILVA: Hold up. This would call for a hearsay response as to someone —

THE COURT: Sustained. Go ahead. All right. I've sustained the objection. I don't want her to answer. Go ahead, Mr. Guerra.

BY MR. GUERRA, JR.:

Q. Now, Mrs. Sanchez, Mr. Silva used you as a

witness against Ismael Diaz's, isn't that correct, ma'am?

A. (By the Interpreter) Yes, that's it.

Q. And he didn't have anything against your testimony back then, did he?

THE COURT: Okay. Hold up. Ladies and Gentlemen -- Mr. Garza, take charge of the Jury right now. Everybody rise.

You may stand down, ma'am. You may sit over there, please.

(Jury absent for the proceedings).

THE COURT: All right. Please be seated.

Now, we have more than 100 rules in here that I can tell. I'm going to set up a motion in limine of my own. We're not going to get into plea bargain agreement. That is not authorized, it's not permitted, and it's not going to be introduced in this case. You can take a bill right now if you wish.

MR. GUERRA, JR.: No, sir.

THE COURT: I'm not going to have any references to any bill. I'm not going to have anybody else other than culprits involved in this case. This lady, if she knows something about the shooting, if she was around there, she can testify to that. She can testify about her husband's fear, about her husband's beating, but I'm not going to be talking about anything

## UNSWORN TO DECLARATION

PURSUANT TO BOTH FEDERAL LAW 28 U.S.C. § 1746 AND TEXAS PRACTICE

AND REMEDIES CODE §§ 132.001-132.003, ISMAEL DIAZ,JR, AN INCARCERATED

CITIZEN OF THE STATE OF TEXAS HEREIN SWEAR UNDER PENALTY OF PERJURY THAT

THE FOREGOING IS **TRUE AND CORRECT** ACCOUNTSOF EVENTS AS DESCRIBED HEREIN

APPLICANT'S MOTION REQUESTING THIS HONORABLE DISTRICT COURT ADD TO APPLICA-

NT'S ART.40.001. THIS NEWLY DISCOVERED EVIDANCE. IN MR. SANCHEZ TRIAL.

**EXECUTED THIS 11TH DAY**
**OF JANUARY 2015.**

RESPECTFULLY SUBMITTED

ISMAEL DIAZ,JR
TDCJ 773609
JIM FERGUSON UNIT
12120 SAVAGE DRIVE
MIDWAY,TX 75852
APPLICANT PRO SE

Pg1

# CERTIFICATE OF SERVICE

tHIS IS TO VERIFY AND CERTIFY THAT A COMPLETE COPY OF THE FOREGOING

INSTRUMENT HAS BEEN MAIL TO THE 229TH DICTRICT COURT OF STARR COUNTY,

TEXAS BY PRE-PAID POSTAGE. RELATOR HAS ADDRESSED SAID PACKAGE TO THE

HONORABLE CLERK.

                    ELOY R. GARCIA
              DISTRICT CLERK-STARR COUNTY
          STARR COUNTY COURTHOUSE,ROOM 302
                401 NORTH BRITTON AVENUE
                RIO GRANDE CITY,TEXAS 78582


EXECUTED THIS 11TH DAY
JANUARY 2015.


                              RESPECTFULLY SUBMITTED

                              ISMAEL DIAZ,JR
                              TDCJ#773609
                              JIM FERGUSON UNIT
                              12120 SAVAGE DRIVE
                              MIDWAY,TEXAS 75852
                              APPLICANT'S PRO SE


Pg II.